463 A.2d 63

In re Custody of Gillette.

Appeal of Barbara J. Gillette.

Argued May 11, 1983. Nancy Ann Longenbach, for appellant; James R. Fiorentino, for participating party.

634

Before WICKERSHAM, WATKINS and MONTGOMERY, JJ.

Affirmed.